IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| HARDY TAYLOR, | * |
|        Plaintiff, | * |
| v. | Case No.  7:21-CV-58(HL) |
| | * |
| WALKER'S CONSTRUCTION, LLC and JASON WALKER, | * |
|        Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 15, 2022 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff against Defendants Walker's Construction, LLC and Jason Walker in the amount of $30,525.00 in damages and $672.00 in attorneys' fees. The amount shall accrue interest from the date of entry of judgment at the rate of 1.02% per annum until paid in full.  Plaintiff shall also recover costs of this action.

This 16th day of March, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk